UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 12-1965 JVS (ANx)                                  Date   March 7, 2013

Title   Denis O'Brien and Digicel Group Ltd v. Macallister

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers)**   **Order to Show Cause re Failure to File Joint Report and Order Vacating Scheduling Conference**

      A Scheduling Conference in this matter has been set for March 11, 2013. The Scheduling Conference is ordered off calendar. Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26-1 require a single, joint report. None has been filed.

      The parties are directed to show cause on March 25, 2013 at 11:30 a.m. why the Court should not strike the complaint and/or answer for failure to comply with the Federal Rules of Civil Procedure and the Local Rules or otherwise sanction the parties and/or counsel. A written response is due March 18, 2013. In lieu of separate responses to the Order to Show Cause, the parties may file by the same date a joint report which conforms with the Federal Rules of Civil Procedure, the Local Rules, and the Order setting the Scheduling Conference. The parties shall include a single Exhibit A properly completed.

      The Court will conduct a hearing on this Order to Show Cause at 11:30 a.m. on March 25, 2013. If a complying joint report is filed, the Court will convert the hearing into a Scheduling Conference.

                                                                                              :   00

Initials of Preparer   kjt