1 | Neal A. Potischman (SBN 254862)
Julie S. Epley (SBN 252632)
2 | Brooke Pyo (SBN 282326)
DAVIS POLK & WARDWELL LLP
3 | 1600 El Camino Real
Menlo Park, California 94025
4 | Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
5 | neal.potischman@davispolk.com
julie.epley@davispolk.com
6 | brooke.pyo@davispolk.com

7 | Lawrence Portnoy *(admitted pro hac vice)*
Julia Kiechel *(admitted pro hac vice)*
8 | DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
9 | New York, New York 10017
Telephone: (212) 450-4000
10 | Facsimile:  (212) 701-5800
lawrence.portnoy@davispolk.com
11 | julia.kiechel@davispolk.com

12 | *Attorneys for Plaintiffs/Counterclaim Defendants
Denis O'Brien and Digicel Group Ltd*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENIS O'BRIEN AND DIGICEL GROUP LTD, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> DONALD MACALLISTER, <br><br> Defendant/Counterclaim Plaintiff. | Case No.  SACV12-1965 JVS (ANx) <br><br> **UPDATED MOTION INDEX FOR COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS, MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION TO STAY** <br><br> Date: November 4, 2013 <br> Time: 1:30 p.m. <br> Courtroom: 10C |

# UPDATED MOTION INDEX

Pursuant to the Court's Order for Jury Trial (D.I. # 28 at 2), counterclaim defendants Denis O'Brien and Digicel Group Ltd (collectively, "counterclaim defendants") submit the following Updated Motion Index in Support of Counterclaim Defendants' Motion To Dismiss, Motion for Summary Judgment, or in the Alternative, Motion To Stay, filed September 27, 2013:

**Counterclaim Defendants' Moving Papers**

1. Notice of Motion and Motion To Dismiss, Motion for Summary Judgment, or in the Alternative, Motion To Stay [D.I. # 58].

2. Memorandum of Points and Authorities in Support of Counterclaim Defendants' Motion To Dismiss, Motion for Summary Judgment, or in the Alternative, Motion To Stay [D.I. # 58–1].

3. Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Counterclaim Defendants' Motion for Summary Judgment [D.I. # 58–2].

4. Request for Judicial Notice in Support of Counterclaim Defendants' Motion To Dismiss, Motion for Summary Judgment, or in the Alternative, Motion To Stay [D.I. # 59].

5. Declaration of Brooke Pyo in Support of Counterclaim Defendants' Motion To Dismiss, Motion for Summary Judgment, or in the Alternative, Motion To Stay [D.I. # 61].

6. Declaration of Charles Christian Rolf Luthi in Support of Counterclaim Defendants' Motion To Dismiss, Motion for Summary Judgment, or in the Alternative, Motion To Stay [D.I. # 60].

| | |
|---|---|
| 1 | 7.  [Proposed] Order Granting Counterclaim Defendants' Motion To |
| 2 | Dismiss, Motion for Summary Judgment, or in the Alternative, Motion To Stay |
| 3 | [D.I. # 58–3]. |
| 4 | 8.  [Proposed] Judgment [D.I. # 58–4] |

**Counterclaim Plaintiff's Opposition Papers**

1. Defendant Donald MacAllister's Opposition To Defendants' Motion To Dismiss, Motion for Summary Judgment, or in the Alternative, Motion To Stay [D.I. # 65].

2. Declaration of Donald MacAllister in Support of Opposition To Counterclaim Defendants' Motion To Dismiss, Motion for Summary Judgment, or in the Alternative, Motion To Stay [D.I. # 66].

3. Statement of Genuine Issues in Opposition To Motion for Summary Judgment [D.I. # 67].

4. Objection To Evidence [D.I. # 68].

**Counterclaim Defendants' Reply Papers**

1. Reply in Further Support of Counterclaim Defendants' Motion To Dismiss, Motion for Summary Judgment, or in the Alternative, Motion To Stay [D.I. # 72].

2. Declaration of Denis O'Brien in Further Support of Counterclaim Defendants' Motion To Dismiss, Motion for Summary Judgment, or in the Alternative, Motion To Stay [D.I. # 72–1].

3. Counterclaim Defendants' (1) Response To MacAllister's Objection To Evidence and (2) Objections [D.I. # 73].

4. Supplemental Declaration of Brooke Pyo in Further Support of Counterclaim Defendants' Motion To Dismiss, Motion for Summary Judgment, or in the Alternative, Motion To Stay [D.I. # 74].

5. Certificate of Service [D.I. # 72–2].

Dated:   October 22, 2013

DAVIS POLK & WARDWELL LLP

By:   */s/ Neal A. Potischman*
        Neal A. Potischman

1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Attorneys for Plaintiffs/Counterclaim Defendants Denis O'Brien and Digicel Group Ltd*

# CERTIFICATE OF SERVICE

I hereby certify that I am and was at the time of the service mentioned in this declaration. I am over the age of 18 years and not a party to the within action. My business address is Davis Polk & Wardwell LLP, 1600 El Camino Real, Menlo Park, California 94025.

On October 22, 2013, I served copies of the following documents:

UPDATED MOTION INDEX FOR COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS, MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION TO STAY

on the interested parties in this action addressed as follows:

| PARTY | METHOD OF SERVICE |
|---|---|
| Donald MacAllister<br>2618 San Miguel Drive, Suite 133<br>Newport Beach, CA 92660<br><br>*Defendant/Counterclaim Plaintiff* | BY U.S. MAIL |
| Daniel J Callahan<br>Javier H Van Oordt<br>Michael J Wright<br>CALLAHAN AND BLAINE APLC<br>3 Hutton Centre Drive 9th Floor<br>Santa Ana, CA 92707<br>Email: daniel@callahan-law.com<br>         jvanoordt@callahan-law.com<br>         mwright@callahan-law.com<br><br>*Counsel for Defendant Donald MacAllister* | BY ELECTRONIC SERVICE (through CM/ECF) |
| Keith G Wileman<br>VEATCH CARLSON LLP<br>700 South Flower Street 22nd Floor<br>Los Angeles, CA 90017-4209<br>Email: kwileman@veatchfirm.com<br><br>*Counsel for Defendant Donald MacAllister* | BY ELECTRONIC SERVICE (through CM/ECF) |

CERTIFICATE OF SERVICE
CASE NO. SACV12-01965 JVS (ANx)

1

1  ☒ (BY U.S. MAIL) I am familiar with the office practice of Davis Polk & Wardwell LLP for collecting and processing documents for mailing with the United States Postal Service.  Under that practice, documents are deposited with the Davis Polk & Wardwell LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.  I deposited in Davis Polk & Wardwell LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Davis Polk & Wardwell LLP for collecting and processing documents for mailing with the United States Postal Service.

☐ (BY OVERNIGHT DELIVERY) I placed the documents listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☒ (BY ELECTRONIC SERVICE) I caused the foregoing documents to be electronically served via CM/ECF for the United States District Court, Central District of California upon all parties registered with CM/ECF and listed on the court docket for this case.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 22, 2013 at Menlo Park, California.

_____
Felicia Yu